ACCEPTED
01-14-01000-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/20/2015 6:05:41 PM
CHRISTOPHER PRINE
CLERK

## No. 01-14-01000-CV

In The

# COURT OF APPEALS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/20/2015 6:05:41 PM
CHRISTOPHER A. PRINE
Clerk

FIRST DISTRICT OF TEXAS
Houston, Texas

**TOBY PAUL COUCHMAN AND PRO-SURV,**

*Appellants,*

v.

**ELIZABETH CARDONA,**

*Appellee.*

On Appeal from Case No. 2014-29414
In the 189th District Court of Harris County, Texas
Honorable William R. Burke, Presiding Judge

**UNOPPOSED MOTION REQUESTING RESET OF TIME FOR ORAL ARGUMENT**

TO THE HONORABLE FIRST COURT OF APPEALS:

Appellants Toby Paul Couchman and Pro-Surv file this Unopposed Motion Requesting Reset of Time for Oral Argument. The Court has scheduled Oral Argument for Tuesday June 9, 2015 at 10:30 a.m. Appellants' lead appellate counsel, Andrew Johnson, has previously committed to making a CLE presentation on June 9, 2015 at 12:00 p.m. (noon). In order to allow sufficient time following

2119935v1
05060.795

oral argument for Mr. Johnson to arrive at the CLE location, Appellants request that oral argument be reset for 10:00 a.m. on June 9, 2015. Counsel for Appellee Elizabeth Cardona is unopposed to this request.

If resetting argument to 10:00 a.m. does not work with the Justices' schedule, Appellants are also amenable to having oral argument reset for another time or date.

## PRAYER

For the foregoing reasons, Appellants Toby Paul Couchman and Pro-Surv ask that the time for oral argument be reset for 10:00 a.m. on June 9, 2015, and for any other relief in law or equity to which they are entitled.

Respectfully submitted,


By:   */s/ Andrew L. Johnson*_____
      Zandra E. Foley
      State Bar No. 24032085
      Andrew L. Johnson
      State Bar No. 24060025
      Kimberly R. Snagg
      State Bar No. 24075099
      One Riverway, Suite 1400
      Houston, Texas  77056
      T: (713) 403-8210 | F: (713) 403-8299
      Email: zfoley@thompsoncoe.com
      Email: ajohnson@thompsoncoe.com
      Email: ksnagg@thompsoncoe.com

**ATTORNEYS FOR APPELLANTS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent pursuant to the Rules on May 20, 2015, to the following:

Robert L. Collins
Audrey Guthrie
P O Box 7726
Houston, Texas 77270

Christopher D. Lewis
1721 West T.C. Jester Blvd.,
Houston, Texas 77008
***Attorney for Plaintiffs***

/s/ Andrew L. Johnson
ANDREW L. JOHNSON

## CERTIFICATE OF CONFERENCE

On May 20, 2015, I conferred with Mr. Christopher D. Lewis, counsel for Appellee Elizabeth Cardona, who indicated Appellee is unopposed to resetting oral argument to 10:00 a.m. on June 9, 2015.

/s/ Andrew L. Johnson
ANDREW L. JOHNSON